441 A.2d 454

Commonwealth v. Opher, Appellant.

Submitted December 5, 1980. John F. Street, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Order affirmed.